# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GEORGE E. MICHAEL | : | No. 492 MAL 2017 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| JUDITH STOCK | : | |
| | : | |
| JUDITH STOCK | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY AND EDWARD J. MORRIS, ESQUIRE | : | |
| | : | |
| GEORGE E. MICHAEL | : | |
| | : | |
| v. | : | |
| | : | |
| TOHICKON ABSTRACT COMPANY | : | |
| | : | |
| PETITION OF: COMMONWEALTH LAND TITLE INSURANCE COMPANY AND EDWARD J. MORRIS, ESQUIRE | : | |
| GEORGE E. MICHAEL | : | No. 493 MAL 2017 |
| | : | |
| v. | : | Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| JUDITH STOCK | : | |
| | : | |
| JUDITH STOCK | : | |
| | : | |
| v. | : | |
| | : | |

COMMONWEALTH LAND TITLE
INSURANCE COMPANY AND EDWARD
J. MORRIS, ESQUIRE

GEORGE E. MICHAEL

       v.

TOHICKON ABSTRACT COMPANY

CROSS PETITION OF: JUDITH STOCK

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

       **AND NOW**, this 28th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.